Court copy

CV-13-BE-2185-NE

FILED
2013 DEC -3 P 12: 23
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

Christopher A Smith

Inmate Identification Number: 252155

(Enter above the full name(s) of the plaintiff(s) in this action

**NOTICE TO FILING PARTY**

It is your responsibility to notify the clerk in writing of any address change. Failure to notify the clerk may result in dismissal of your case without further notice.

vs.

Dewayne Estes
Sean Bright
K. Hollingsworth
~~K. Beasts~~

(Enter above full name(s) of the defendant(s) in this action

1   Previous lawsuits

    A.  Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?
        Yes  (___)            No  ( ✓ )

    B.  If your answer to (A) is "yes,) describe each lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline)

        1  Parties to this previous lawsuit:

            Plaintiff(s)  None

            Defendant(s)

    2    Court (if Federal Court, Name the district; if State Court, Name the county)

    3    Docket Number _____

    4    Name the judge to whom case was assigned _____

    5    Disposition (for example: Was the case dismissed?   Was it appealed?   Is it still pending?) _____

    6    Approximate date of filing lawsuit _____

    7    Approximate date of disposition _____

I    Place of present confinement   *LimeStone*

    A.    Is there a prisoner grievance procedure in this institution?
           Yes ( ___ )    No ( ✓ )

    B.    Did you present the facts relating to your complaint in the state prisoner grievance procedure?
           Yes ( ___ )    No ( ___ )

    C    If your answer is YES:

        1    What steps did you take? _____

        2    What was the result? _____

    D    If your answer is NO, explain why not?   *There is no prison Grievance at this prison*

- 2 -

Parties
In item (A) below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A    Name of plaintiff(s)  Christopher M. Smith

     Address  28729 Nick Davis Rd
              Harvest AL 35749

In the item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the thirs blank. Use item (C) for the names, positions, and places of employment of any additional defendants

B    Defendant  Dewayne Estes
     is employed as  Warden
     at  Limestone

C    Additional Defendants  (Sgt.) Sean Bristt / ~~K. Bias (class spec.)~~ (5)
     (Classification Specialist) K. Hollingsworth
     28729 Nick Davis Rd
     Harvest AL 35749

V.   Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

See Attachment

RELIEF

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

1. A declaration that the acts and omission describe here in violated plaintiff Constitution Rights
2. Jury trial
3. Preliminary injunction against defendants
4. Compensary damages in the Amount of 1,000.⁰⁰ against each defendant. (5.) Defendant pay court cost attorney fees
(6) Order Incident Report Be Removed From File.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 11/25/13

X Christopher Sims

Signature(s)

- 4 -

IN THE UNITED DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ALABAMA

Christopher M. Smith # 252155

    -VS-　　　　　　　　　　　　　　　　　　　　　　Civil Action Number: _____

Dewayne Estes, et. al.


This is a civil action authorized by 42 U.S.C., section 1983 to redress the deprivation, under color of law, of rights secured by the constitution of the united-states. This court has jurisdiction under 28 U.S.C., section 2201 & 2202.

Plaintiff claims for injunctive relief are authorized by 28 U.S.C., section 2283 & 2284 and RULE 65 Federal rules of civil procedure.

The Northern District is an appropriate Venue under 28 U.S.C., section 1391 (b) (2) because it is where the incident took place.

Plaintiff Christopher Smith is at all times mention herein a prisoner of the State of Alabama Department of Corrections, Plaintiff is currently confined at the Limestone Correctional Facility located at 28779 Nick Davis Road Harvest, Alabama 35749-7009.

Defendant Dewayne Estes is the Warden at Limestone Correctional Facility, he is legally responsible for the operation of said prison and the welfare of all inmates in said prison.

### FACTS

The plaintiff reeceived a disciplinary infraction on August 21, 2013 @ 4:14pm for rule violation 907(Assault with a weapon on an inmate) in dormitory H. Plaintiff had a disciplinar hearing on  Sept. 4,2013 in which he was found guility of said disciplinary by **Sgt. Sean Bright.**

Plaintiff received a  memorandum on September 24, 2013 from Warden Dewayne Estes which stated that the plaintiff disciplinary was expung from plaintiff institution filed because the hearing officer fail to rely on the sufficient of the

-1-

evidence in his finding of guilt. Although plaintiff disciplinary report was expung from his filed the warden fail to removed the incident report.( incident report number **13-00835**) , plaintiff was recommend for a reclass which means to up plaintiffs custody level and transfer to a maximum security prison.

On September 30, 2013 @ 3:350pm plaintiff went for a reclass hearing, the hearing officer K. Hollingsworth found plaintiff guility and recommend for a transfer to a maximum security prison. (see Attach exhabits)
plaintiff submits that all defendants violated plaintiff 14th and 8th amendment rights to the U.S. Constitution.
Plaintiff names the follow as defendants in this case all whose adress is 28779 Nick Davis Road Harvest, Alabama 35749-7009

1. Dewayne Estes
2. Sean Bright
3. K. Hollingsworth
~~4. K. Bims~~ (S)

X _Christopher Law_
plaintiff

State of Alabama
County of Limestone

Sworn and Subscribe before me this 25th day of November ~~October~~ 2013
8th

_Stacy Lee Geo_
Notary Public

9/21/15
My Commission Expires

Stacy Lee George
Exp. date: 9/21/15